IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRYL ANDERSON : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 16-5717 |
| CITY OF PHILADELPHIA, ET AL. : | |

**O R D E R**

**AND NOW**, this  9th  day of  February , 2017, upon consideration of Defendant City of Philadelphia, et al.'s Motion to Dismiss for Failure to State a Claim (ECF No. 7), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendants' Motion to Dismiss is **GRANTED**.  Count VI is dismissed.

2. Plaintiff may file an Amended Complaint on or before fourteen (14) days from the date of this Order.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**